United States Courts
Southern District of Texas
FILED
*November 10, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**RAUL GALLEGOS JR.**<br>aka Rauly,<br>Defendant. | **Case No.** **4:26-cr-729** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Sex Trafficking of Children)

In and around January 2025, in the Southern District of Texas, the defendant,

**RAUL GALLEGOS JR.**

did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit Minor Victim 1, in and affecting interstate and foreign commerce, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), and (c).

### COUNT TWO
### (Possession of a Machinegun)

On or about January 15, 2025, in the Southern District of Texas, the defendant,

**RAUL GALLEGOS JR.**

did knowingly possess a machinegun as defined in 26 U.S.C. § 5845(b)—namely a Glock, Model 26, 9mm pistol, Serial #BBMG596, equipped with an automatic switch that modified the firearm to shoot automatically, more than one shot without manual reloading, by a single function of the trigger—in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

**NOTICE OF FORFEITURE**
**18 U.S.C. § 2253(a)**

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives the defendant notice that in the event of conviction for the offenses charged in Count One through Count Two of the Indictment, the United States will seek to forfeit all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Count One through Count Two; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Count One through Count Two, or any property traceable to such property, including, but not limited to, the following:

White Apple iPhone: IMEI: 357332363998168
Glock, Model 26, 9mm pistol, Serial #BBMG596 equipped with an automatic switch.

**18 U.S.C. §1594(d)**

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to Defendant that upon his conviction for the offense charged in Count 1, the United States intends to seek forfeiture of:

(A) all property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(B) all property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

**18 U.S.C. § 924(d)(1)**

Pursuant to Title 18, United States Code, Section 924(d)(1), the United States gives the defendant notice that in the event of conviction for the offense charged in Count Two of the Indictment, the United States will seek to forfeit the firearm involved in the offense, that being the Glock, Model 26, 9mm pistol, Serial #BBMG596 equipped with an automatic switch.

**MONEY JUDGMENT AND SUBSTITUTE ASSETS**

The United States intends to seek the imposition of a money judgment against Defendant. Defendant is notified that in the event that one or more conditions listed in 21 U.S.C. § 853(p) exists, the United States will seek to forfeit any other property of Defendant up to the amount of the money judgment against Defendant.

**A TRUE BILL.**

ORIGINAL SIGNATURE ON FILE

______________________________
**FOREPERSON OF THE GRAND JURY**

DATED: 11/10/2026
Houston, Texas

AARON F. REITZ
United States Attorney

Carrie Law

______________________________
Carrie Law
Special Assistant United States Attorney
Eun Kate Suh
Assistant United States Attorney
Southern District of Texas